UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| LAMONE T. BLUE, | ) | CASE NO. C09-0991-JLR |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | REPORT AND RECOMMENDATION |
| MONROE CORRECTIONAL COMPLEX, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## INTRODUCTION AND SUMMARY CONCLUSION

*Pro se* plaintiff Lamone T. Blue filed a proposed civil rights complaint. (Dkt. 1.) However, he did not pay the filing fee or submit an application to proceed *in forma pauperis* (IFP).

By letter dated July 15, 2009, the Court informed plaintiff that he must submit either the full filing fee or an IFP application accompanied by a certified copy of his prison trust account statement showing transactions for the past six months. (Dkt. 3.) The Court noted that if plaintiff failed to comply with this directive by August 17, 2009, this action may be subject to dismissal.

REPORT AND RECOMMENDATION
PAGE -1

01       To date, plaintiff has not paid any fees to the Court or submitted an IFP application.

02 Accordingly, the Court recommends that this matter be dismissed without prejudice. A

03 proposed Order is attached to this Report and Recommendation.

04       DATED this <u>26th</u> day of August, 2009.

06                                      Mary Alice Theiler
                                     United States Magistrate Judge