FILED ___ ENTERED
LODGED ___ RECEIVED

SEP 18 2009

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| LAMONE T. BLUE, | ) | CASE NO. C09-0991-JLR |
| Plaintiff, | ) | |
| v. | ) | ORDER DISMISSING § 1983 ACTION |
| MONROE CORRECTIONAL COMPLEX, et al., | ) | |
| Defendants. | ) | |

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) The complaint and this action are DISMISSED without prejudice; and

(3) The Clerk is directed to send copies of this Order to plaintiff and to Judge Theiler.

DATED this 18th day of September, 2009.

JAMES L. ROBART
United States District Judge

09-CV-00991-ORD

ORDER DISMISSING § 1983 ACTION
PAGE -1